IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT FENN,

      Appellant,

v.                                                                                  Case No.  5D15-2389

U.S. BANK, NATIONAL
ASSOCIATION, ETC.,

      Appellee.

_____/

Opinion filed March 1, 2016

Appeal from the Circuit Court
for Orange County,
John Marshall Kest, Judge.

Robert Fenn, Winter Garden, pro se.

Heidi J. Bassett, of Robertson, Anschutz &
Schneid, P.L., Boca Raton, for Appellee.

PER CURIAM.

      AFFIRMED.  <u>See</u> Fla. R. App. P. 9.315(a).

COHEN, LAMBERT, and EDWARDS, J.J., concur.